MICHAEL W. MELENDEZ (No. 6741)
E-mail: mmelendez@mvlawgroup.com
MELENDEZ & VACA, LLP
1850 Mt. Diablo Boulevard, Suite 470
Walnut Creek, CA 94596
Telephone: (925) 256-8706
Facsimile: (925) 256-6761

DAVID MINCIN (No. 5427)
E-mail: dmincin@lawlasvegas.com
RICHARD MCKNIGHT, P.C.
330 South Third Street, Suite 900
Las Vegas, NV 89101
Telephone: (702) 388-7185
Facsimile: (702) 388-0108

Attorneys for Defendant
MT. HAWLEY INSURANCE COMPANY,
erroneously sued herein as RLI Insurance
Company d/b/a Mt. Hawley Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYNES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY; DOES DEFENDANTS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | No. CV-S-06-620<br><br>NOTICE OF REMOVAL |

Defendant Mt. Hawley Insurance Company ("Mt. Hawley"), through its counsel herein and pursuant to Title 28 of the United States Code, sections 1332, 1441 and 1446, timely files this notice to remove this action to this Court from the District Court of Clark County, State of Nevada. In support of this removal, Mt. Hawley pleads the following:

1. Plaintiff Jaynes Corporation is a corporation formed and existing under the laws of New Mexico with its principal place of business in Albuquerque, New Mexico.

2. Defendant Mt. Hawley is a corporation formed and existing under the laws of the State of Illinois, with its principal place of business in Peoria, Illinois.

3. Plaintiff filed but never served a complaint, entitled Jaynes Corporation v. Mt. Hawley Insurance Company, et al., Clark County District Court Case No. A519214.

4. Plaintiff filed its first amended complaint in Jaynes Corporation v. Mt. Hawley Insurance Company, et al., Clark County District Court Case No. A519214, on April 18, 2006.

5. Plaintiff served the complaint on Mt. Hawley by mail through the Nevada Department of Business and Industry - Division of Insurance on April 19, 2006. (Declaration of Michael W. Melendez ("Melendez Dec.") at ¶ 2.)

6. Plaintiff seeks compensatory damages for the alleged breach of Mt. Hawley's duty to defend and indemnify plaintiff in an underlying action, Fee v. Wal-Mart Corp., Clark County District Court Case No. A5144227 (the "Fee action"), pursuant to an insurance contract between Jeff Lackey Grading and Mt. Hawley, and any attorneys' fees Jaynes may be liable for in the Fee action.

7. Plaintiff's complaint does not set forth a specific amount in controversy. Review of the underlying complaint, however, demonstrates that the amount in controversy exceeds $75,000. See Valdez v. Allstate Ins. Co., 372 F.3d 1115, 1117 (9th Cir. 2004) (district court may consider facts set forth in the notice of removal). The underlying action involves allegations of grave personal injury, including allegations that plaintiff suffered serious physical impairment as a result of the Fee defendants' alleged wrongful conduct. Given the scope of the underlying plaintiff's claims, the amount in controversy exceeds $75,000. (Melendez Dec. at ¶ 3.)

8. Pursuant to Title 28 of the United States Code, sections 1332(a) and 1441(a), this Court has original jurisdiction over this action because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Defendant Mt. Hawley was served by mail through the Nevada Department of Business and Industry - Division of Insurance on April 19, 2006. Therefore, this Notice of Removal is timely filed with the Court under Title 28 of the United States Code, section 1446(b).

10. True and correct copies of all process, pleadings and orders from the district court action served on Mt. Hawley are attached hereto as Exhibit A.

///

///

11. Mt. Hawley will promptly file a removal notice, together with a copy of this Notice of Removal, with the Clerk of the District Court of Clark County, State of Nevada, and will serve written notice of the same on counsel of record for Plaintiff.

WHEREFORE, for the foregoing reasons, Mt. Hawley effects removal of this action to this Court pursuant to Title 28 of the United States Code, sections 1332, 1441 and 1446.

Dated: May 17, 2006

MELENDEZ & VACA, LLP

By: ____________________
Michael W. Melendez

Attorneys for Defendant MT. HAWLEY INSURANCE COMPANY